AO 442 (Rev. 12/85) Warrant for Arrest          AUSA Terrence Thompson; SPECIAL AGENT Gregory Giacomino, 489-1768

## *United States District Court*

____SOUTHERN____          ____ DISTRICT OF ____          ____FLORIDA____

UNITED STATES OF AMERICA

V.                                        **WARRANT FOR ARREST**

WILLIAM MACHUCA
a/k/a William Villegas

CASE NUMBER: 00——1125-SNOW

TO:   **The United States Marshal**
      **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest          WILLIAM MACHUCA a/k/a William Villegas
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) PWID cocaine and conspiracy to distribute cocaine,

in violation of Title_21__United States Code. Section(s) 841 (a)(1) and 846

Lurana S. Snow                                  Magistrate Judge
Name of Issuing Officer                          Title of Issuing Officer

_(signature)_                                    May 30, 2000, Fort Lauderdale, Florida
Signature of Issuing Officer                     Date and Location

                                                 _(signature)_
Bail fixed at $ Pre-trial detention              by Lurana S. Snow, United States Magistrate Judge
                                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev  12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ WILLIAM MACHUCA a/k/a William Villegas _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____          WEIGHT:      _____

SEX:   _____ RACE:      _____

HAIR: _____ EYES:      _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____ DEA _____

_____