

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   00-6149-CR-Zloch

UNITED STATES OF AMERICA

vs

William Machuca

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on   6-13-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered.   Defendant and court-appointed/retain counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address:     In Custody

                     Telephone:

DEFENSE COUNSEL:     Name:        FPD

                     Address:

                     Telephone:

BOND SET/CONTINUED:  $     PTD Requested

Bond hearing held: yes_____ no  X   Bond hearing set for   6-20-00

Dated this   13   day of   June        , 20 00 .

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/ CLERK

                              By: _____
                                  Deputy Clerk

                              Tape No.   00-048

cc: Clerk for Judge
    U. S. Attorney