| | |
|---|---|
| DEFT: William Machuca (J)# | CASE NO: 00-6149-CR-Zloch |
| AUSA: Terry Thompson | ATTNY: FPD appointed - Daryl Wilcox |
| AGENT: | VIOL: 21:846 |
| PROCEEDING: Initial Appearance | BOND REC: PTD |

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: FPD

___ BOND SET @ _____

CO-SIGNATURES: _____

FILED BY ___ D.C.
JUN 1 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House
    Electronic Monitoring

- advised of charges
Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested
- sworn for counsel

**NEXT COURT APPEARANCE:**   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: XX   June 20, 2000 @ 10:30 a.m.   Snow
PRETRN/ARRAIGN. OR REMOVAL: XX
STATUS CONFERENCE: XXXX   June 28, 2000 @ 11:00 a.m. before Judge Snow

DATE: 6-13-00   TIME: 11:00am   TAPE # 00-048   PG #