## United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA** 479654

UNITED STATES OF AMERICA

V.

WILLIAM MACHUCA
a/k/a William Villegas

FILED by _____ D.C.
DKTG

JUN 1 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**WARRANT FOR ARREST**

00-6149-CR-WZ

CASE NUMBER: 00-4125-SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  WILLIAM MACHUCA a/k/a William Villegas

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) PWID cocaine and conspiracy to distribute cocaine.

in violation of Title 21 United States Code, Section(s) 841 (a)(1) and 846

Lurana S. Snow
Name of Issuing Officer

_Signature of Issuing Officer_

Bail fixed at $ Pre-trial detention

Magistrate Judge
Title of Issuing Officer

May 30, 2000, Fort Lauderdale, Florida
Date and Location

_Lurana S. Snow_
by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at **Detainer pick up from BSO** |||
| DATE RECEIVED  5/30/2000 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  6/13/2000 | FOR: DEA | Fred Depompa, SDUSM |