UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.
JUN 1 5 2000
CLERK U.S. DIST. CT.
S.D. OF FLA / FT. LAUD.

U.S. Marshal # 77816-004

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR 93-338-CR-SM
                           )   REPORT COMMENCING CRIMINAL
     -vs-                  )   ACTION
                           )
WILLIAM ARTURO MACHUCA     )
                Defendant

*********************************************

TO: Clerk's Office   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6-13-00  am/pm

(2) Language Spoken: ENGLISH - SPANISH

(3) Offense(s) Charged: PWID COCAINE

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 4-15-62

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: _____  (11) Phone: _____

(12) Comments: _____