## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: WILLIAM MACHUCA (J)          CASE NO: 00-6149-CR-ZLOCH
AUSA: TERRY THOMPSON /yes/          ATTY: FPD - Bart Hunt
AGENT: _____              VIOL: _____
PROCEEDING PTD HEARING              RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no          COUNSEL APPOINTED _____

_____ BOND SET @ _____

_____ SPECIAL CONDITIONS: _____

1) To be cosigned by: _____
2) Rpt to PTS     x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to: _____

Government proceeded by proffer.
Scott Hahn - Agent sworn for Gov't

PTD ordered
danger + risk

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____
_____   PTD/BOND HRG: _____
_____   PRELIM/ARRAIGN: _____
_____   REMOVAL HRG: _____
_____   STATUS CONF: _____

Date: 6/20/00   Time 10:30   FTL/LSS TAPE #00- 029   Begin: 507   End:
                             recall 00-030 /190
                             end 868  22