HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by ___ D.C.
JUN 28 2000
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __WILLIAM MACHUCA_____ CASE NO: __00-6149-CR-ZLOCH__
AUSA __TERRY THOMPSON__ /Brown    ATTY FPD - Bernardo Lopez
       for Hunt
IRWIN LICHTER, ESQ. for Edgar Antonio Quimbayo        00-036
                                                     @ 409
\ pres

DEFT _Disc handout in open court_____ CASE NO: _court_____
AUSA _Aug 14 trial set_____ ATTY _- 19 audio_
Transcripts to be completed    1 video tape
in 10 days

DEFT __GUSTAVO TAMAYO_____ CASE NO: __00-6130-CR-DIMITROULEAS__
AUSA __ROBIN ROSENBAUM__ /Brown    ATTY FPD - Cat Hunt for
                                           Wilcox
                                                     @ 481

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DATE __6/28/00_____ TIME __11:00_____

29