UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER |
| PLAINTIFF, | ) | 00-6149-CR-ZLOCH |
| | ) | |
| VS. | ) | |
| | ) | |
| WILLIAM MACHUCA, | ) | THIS VOLUME: |
| EDGAR ANTONIO QUIMBAYO, | ) | PAGES 1 - 71 |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD BEFORE THE HONORABLE LURANA S. SNOW, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON JUNE 20, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:      **TERRENCE THOMPSON, A.U.S.A.**

FOR DEFENDANT MACHUCA:   **PATRICK HUNT, ESQ.**

FOR DEFENDANT QUIMBAYO:  **IRWIN G. LICHTER, ESQ.**

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

30

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**