TJT:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6149-CR-ZLOCH(s)__
21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
18 U.S.C. § 2

UNITED STATES OF AMERICA,

Plaintiff,

vs

WILLIAM MACHUCA,
a/k/a "William Villegas", and
EDGAR ANTONIO QUIMBAYO

Defendants.
_____/



## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT I

From on or about April 21, 2000, through on or about May 27, 2000, in Broward County and

elsewhere, in the Southern District of Florida, the defendants,

WILLIAM MACHUCA,
a/k/a "William Villegas", and
EDGAR ANTONIO QUIMBAYO,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with

persons unknown to the Grand Jury, to distribute a Schedule II controlled substance, that is, at least

five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, in violation

of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.



## COUNT II

On or about May 27, 2000, at Broward County, in the Southern District of Florida, the

defendants,

**WILLIAM MACHUCA,**
a/k/a "William Villegas", and
**EDGAR ANTONIO QUIMBAYO,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance,

that is, at least five (5) kilograms of a mixture and substance containing a detectable amount of

cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States

Code, Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.

WILLIAM MACHUCA, et al

CASE NO. __00-6149-CR-Zloch(s)__

**CERTIFICATE OF TRIAL ATTORNEY***
**Superseding Case Information**:

**Court Division**: (Select One)

___ Miami  ___ Key West
_X_ FTL  ___ WPB ___ FTP

New Defendant(s)        Yes ___ No _X_
Number of New Defendants    _0_
Total number of counts      _2_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) _Yes_
   List language and/or dialect    _Spanish_

4. This case will take  _3-4_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)  _Yes_
   If yes:
   Judge: _William J. Zloch_        Case No. _00-6149-CR-Zloch_
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _____ _Yes_
   If yes:
   Magistrate Case No. _____ _00-4125-LSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____ _5/27/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) _____ No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _Yes _X_ No  If yes, was it pending in the Central Region? _ Yes _ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500063

*Penalty Sheet(s) attached

REV.6/27/00

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name: WILLIAM MACHUA, a/k/a "William Villegas" No. 00-6149-CR-Zloch(s)

Count #I:   21 U.S.C. § 841(a)(1) Conspiracy to PWID cocaine

*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence;

$4,000,000 fine

Count #II:   21 U.S.C. § 846 PWID cocaine

*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence;

$4,000,000 fine

Count #:
Max. Penalty:

Count#:
Max. Penalty:

Count#:

*Max. Penalty:

Count #:

*Max. Penalty:
Count#:

*Max. Penalty:

Count #:

*Max. Penalty:
Count#:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms, or forfeitures that may be applicable.**
REV 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: <u>EDGAR ANTONIO QUIMBAYO</u>          No. <u>00-6149-CR-Zloch(s)</u>

Count #I:    <u>21 U.S.C. § 841(a)(1) Conspiracy to PWID cocaine</u>

<u>*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence;</u>

<u>$4,000,000 fine</u>

Count #II:    <u>21 U.S.C. § 846 PWID cocaine</u>

<u>*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence;</u>

<u>$4,000,000 fine</u>

Count #: _____
Max. Penalty: _____

Count#: _____
Max. Penalty: _____

Count#: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____
Count#: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____
Count#: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96