FILED by _____ D.C.

AUG 1 0 2000

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6149-CR-Zloch (s)

UNITED STATES OF AMERICA

vs

William Machuca
    aka William Villegas

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 8-10-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: In Custody _____

                   Telephone: _____

DEFENSE COUNSEL:   Name: FPD _____

                   Address: _____

                   Telephone: _____

BOND SET/CONTINUED: $ Cont'd in Custody _____

Bond hearing held: yes____ no____ Bond hearing set for _____

Dated this __10__ day of __August__, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
      Deputy Clerk

Tape No. 00-066

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

33