DEFT: WILLIAM MACHUCA aka William Villegas (J)#

CASE NO: 00-6149-CR-Zloch (s)

AUSA: Terry Thompson /VM Chase

ATTNY: FPD: Pat Hunt / present

AGENT: _____

VIOL: _____

PROCEEDING: Arraignment on SS Indictment

BOND REC: _____

BOND HEARING HELD - yes/no

COUNSEL APPOINTED: _____

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.

AUG 1 0 2000

CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew.

11) Travel extended to: _____

12) _____ Halfway House
    _____ Electronic Monitoring

*Spanish Interp. Ordered.*

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
~~Standing Discovery Order requested~~

*Calendar Call for wire*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | N/A | | |
| STATUS CONFERENCE: | | | |

DATE: 8-10-00    TIME: 11:00am    TAPE #: 00-066    PG #: 1109-1157

ends 12:10 pm.

34