UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6149-CR-ZLOCH/SELTZER(s)

UNITED STATES OF AMERICA

    Plaintiff,

v.

WILLIAM MACHUCA,
a/k/a William Villegas and
EDGAR ANTONIO QUIMBAYO

    Defendant.
_____/

### GOVERNMENT'S SPEEDY TRIAL REPORT

The United States of America, files its Speedy Trial Report as follows:

1. The defendants were indicted on June 6, 2000. Defendant William Machuca, a/k/a William Villegas, was arraigned on June 13, 2000. Defendant Edgar Antonio Quimbayo was arraigned on June 20, 2000.

2. On July 25, 2000, defendant Quimbayo filed a Motion for Continuance of Trial. There are no other motions pending.

3. On August 1, 2000, a superseding indictment was returned as to both defendants. The superseding indictment adds the threshold amount of cocaine relating to the potential mandatory



CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Speedy Trial Report was served this <u>11th</u> day of August, 2000, upon: Assistant Federal Public Defender Patrick Hunt, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301; and Irwin G. Lichter, Esquire, 321 N.E. 26th Street, Miami, Florida 33137.

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

mandatory minimum and maximum sentences to which the defendants are exposed. On August 10, 2000, defendant Machuca, a/k/a Villegas, was arraigned on the superseding indictment. Defendant Quimbayo is scheduled to be arraigned on the superseding indictment at 11:00 a.m. on August 11, 2000, before Magistrate Judge Seltzer.

    5. Thirty-five (35) days have elapsed for speedy trial purposes as to the original indictment and thirty-five (35) days of speedy trial time remain. As to the superseding indictment, no time has expired for speedy trial purposes and seventy (70) days remain.

    6. Both defendants are in custody and require a Spanish interpreter.

    7. The evidence includes approximately fourteen (14) Spanish language audio tapes. Trial of this matter will require 4-6 trial days in the event that both defendants proceed to trial.

                  Respectfully submitted,

                  GUY A. LEWIS
                  UNITED STATES ATTORNEY

By: _____
    TERRENCE J. THOMPSON
    Assistant United States Attorney
    Court No. A5500063
    500 E. Broward Blvd., Suite 700
    Fort Lauderdale, Florida 33301
    (954) 356-7306
    (954) 356-7228 (facsimile)
    Terrence.Thompson@justice.usdoj.gov