FILED by _____ D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

AUG 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00 - 6149 - CR-Zloch DATE 8-11-00

CLERK _Carine Newky_          REPORTER _Carl Schaugler_

PROBATION _____          INTERPRETER _____

UNITED STATES OF AMERICA V. _William Machuca_
_____ Edgar Quimbayo

U. S. ATTORNEY _Terry Thompson_    DEFT COUNSEL _Patrick Hunt_
                                    _Irwin Lichter_

DEFENDANT:  PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING _Calendar Call_

RESULT OF HEARING _Deft Quimbayo's mtn for_
_Continuance granted - all time excludable_

JUDGMENT _____

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____