UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED
OCT 18 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER 00-6149-CR-Zloch  DATE 10-18-00
CLERK Carline Newby  REPORTER Carol Schenzlek
PROBATION _____  INTERPRETER Margaretta Lloyd

UNITED STATES OF AMERICA v. William Machuca

U. S. ATTORNEY Terry Thompson  DEFT COUNSEL Patrick Hunt

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1 of Superseding Indictment

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 1-19-01  TIME 10:30  FOR Sentencing

MISC Written Plea Agreement

50