UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6149-CR-ZLOCH

UNITED STATES OF AMERICA

    v.    NOTICE

WILLIAM MACHUCA

TYPE OF CASE    CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE    COURTROOM A
299 E. BROWARD BLVD.    DATE & TIME:
FT. LAUDERDALE, Fl, 33301    January 26, 2001, at 11:30 AM

SENTENCING - RESET BY COURT

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: December 18, 2000

cc:
Terry Thompson, Esq., AUSA
Patrick Hunt, Esq.
Probation

