UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JAN 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER CC-6149-CR-Zloch  DATE 1-26-01
CLERK Carlene Newby  REPORTER Carl Schanzler
PROBATION Frank Smith  INTERPRETER Edna Brayfield

UNITED STATES OF AMERICA V. William Machuca
William Villegas
U. S. ATTORNEY Terry Thompson  DEFT COUNSEL Patrick Hunt

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Deft's ore tenus mtn for
downward departure granted - Ct 1 - 48
months custody of BOP - 4 yrs
Supervised Release - $100 assessment -
JUDGMENT $10,000 Fine. - Spc Conds.
Participate in drug/alcohol abuse
program - At completion of imprisonment
be surrendered for deportation -

CASE CONTINUED TO _____ TIME _____ FOR _____
If deported not re-enter w/o prior
MISC express permission of A.G. Non-
reporting if deported - FPD
appointed for appeal - Ct 2 dismissed -

59