DEFENDANT: **MACHUCA, WILLIAM**
CASE NUMBER: **00-6149-CR-ZLOCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 48 MONTHS.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ **The defendant is remanded to the custody of the United States Marshal.**

☐ The defendant shall surrender to the United States Marshal for this district.

  ☐ at _____ a.m. / p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

  ☐ before 2:00 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __3/5/01__ to __FCI YAZOO CITY__

at __YAZOO CITY MS__, with a certified copy of this judgment.

K. Uusliff, Warden
UNITED STATES MARSHAL

By Krustich, Legal Tech
Deputy U.S. Marshal

62